

**Daniel J. Altaras**
daltaras@wigdorlaw.com

April 25, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 1506
New York, NY 10007

> Application granted. The Clerk of Court is respectfully directed to close the motion pending in Case No. 24-cv-9371 at ECF No. 33.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> April 28, 2025

Re: *Gangl v. Fractional Ownership Holdings, LLC et al.*; No. 1:24-cv-09371 (RA)
ex. rel. *Fractional Ownership Holdings, LLC v. Gangl*; No. 1:24-cv-09036 (RA)

Dear Judge Abrams,

We represent Defendant/Counter-Plaintiff Jeffrey Gangl ("Gangl") in connection with his claims against Plaintiff/Counter-Defendants Fractional Ownership Holdings LLC ("Fractional") and Philip Neuman[1] ("Neuman") (collectively, "Fractional-Neuman") and write to respectfully request that the Court withdraw Mr. Gangl's letter-motion to compel non-party Colin Conner ("Conner") to comply with Mr. Gangl's subpoena duces tecum.

Fractional-Neuman's counsel represents Mr. Connor and provided his response to our subpoena last night. Additionally, Fractional-Neuman's counsel represented to us that Mr. Conner has done a thorough and diligent search and does not have any responsive documents in his personal possession, aside from a few text messages that he produced earlier today. As such, we respectfully request that the Court withdraw Mr. Gangl's letter-motion to compel Mr. Conner to comply with Mr. Gangl's subpoena duces tecum.

We thank Your Honor for the Court's time and consideration in this matter.

Respectfully submitted,

Daniel J. Altaras

---

[1] Mr. Neuman is a Counter-Defendant in Mr. Gangl's complaint but not a Plaintiff in Fractional's complaint.